# United States District Court
## Western District of North Carolina
## Asheville Division

SHAWN P. WILLIAMS,         )           JUDGMENT IN CASE
                               )
         Plaintiff,       )           1:13-cv-00028-RJC-DSC
                               )
         vs.              )
                               )
CAROLYN W. COLVIN,       )
Acting Commissioner of       )
Social Security Administration,   )
                               )
         Defendant.     )

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 10, 2014 Order.

January 10, 2014

Frank G. Johns, Clerk
United States District Court